

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00111-CV

**IN RE ESTATE OF** Gilbert M. **DENMAN**, Jr., Deceased

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2004-PC-1687-D
Honorable Polly Jackson Spencer, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

     In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER that appellee, The Trust Company, recover its costs of this appeal from appellant Wendel Denman Thuss.

     SIGNED September 17, 2014.

_____
Luz Elena D. Chapa, Justice